20 P.3d 677

| | | | |
|---|---|---|---|
| State v. Pyne | 22808 | 01/18/2001 | Affirmed |
| State v. Alosio | 22848 | 01/18/2001 | Affirmed |
| Child Support Enforcement Agency v. Roe | 22278 | 01/23/2001 | Affirmed |
| State v. Edwards | 22741 | 01/23/2001 | Affirmed |
| Nihipali v. Lopez | 22832 | 01/30/2001 | Affirmed |
| State v. Krugel | 22799 | 01/31/2001 | Affirmed |
| State v. Key | 22865 | 01/31/2001 | Affirmed |

| | | | |
|---|---|---|---|
| State v. Astronomo | 22221 | 12/21/2000 | Granted |